**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James P Morris |
| Debtor 2 (Spouse, if filing) | Kimberly A Morris |
| United States Bankruptcy Court for the: | Northern    District of    Illinois (State) |
| Case number | 13-23865 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:    2  8  3  4

**Property address:** 2122 Carmel Boulevard
Number      Street

Zion             IL      60099
City            State   ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ____/____/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 29.72

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 29.72

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    04/01/2017
MM / DD / YYYY

Debtor 1    **James P Morris**

First Name    Middle Name    Last Name

Case number (*if known*) _____13-23865_____

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

■ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _Michelle A. McConnell_          Date  04 / 19 / 2017
Signature

Print    Michelle          L          McConnell          Title    Bankruptcy Specialist
First Name    Middle Name    Last Name

Company    BMO Harris Bank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    PO BOX 2035
Number          Street

Milwaukee          WI          53201
City          State    ZIP Code

Contact phone    866    280    8434          Email    bankruptcy@bmo.com
( ____ ) ____ – _____

---

Loan Payment/Billing History from Bankruptcy File Date:

| | Account Activity | | | | | | | | | | Balance After Amount Received or Incurred | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Pymnt amount | C. Funds received | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees | Amount to Unapplied Funds | M. Principal balance | N. Fee Balance | O. Escrow balance | P. Unapplied Funds Balance |
| 7/1/2013 | $1,403.78 | | Monthly Bill | 7/1/2013 | $1,403.78 | | | | | | 138,535.84 | - | 3,997.51 | - |
| 7/3/2013 | | 1,403.78 | Payment | 8/1/2013 | - | 389.04 | 346.34 | 668.40 | | | 138,146.80 | - | 4,665.91 | - |
| 7/18/2013 | | | Esc Disb | 8/1/2013 | - | | | (74.46) | | | 138,146.80 | | 4,591.45 | |
| 8/1/2013 | $1,403.78 | | Monthly Bill | 8/1/2013 | 1,403.78 | | | | | | 138,146.80 | | 4,591.45 | - |
| 8/5/2013 | | 1,403.78 | Payment | 9/1/2013 | - | 390.01 | 345.37 | 668.40 | | | 137,756.79 | - | 5,259.85 | - |
| 8/9/2013 | | | Esc Disb | 9/1/2013 | - | | | (2,924.13) | | | 137,756.79 | | 2,335.72 | - |
| 8/16/2013 | | | Esc Disb | 9/1/2013 | - | | | (1,542.01) | | | 137,756.79 | | 793.71 | - |
| 9/1/2013 | $1,403.78 | | Monthly Bill | 9/1/2013 | 1,403.78 | | | | | | 137,756.79 | | 793.71 | - |
| 9/5/2013 | | 1,403.78 | Payment | 10/1/2013 | - | 390.99 | 344.39 | 668.40 | | | 137,365.80 | - | 1,462.11 | - |
| 9/25/2013 | | | Esc Deposit | 10/1/2013 | - | | | 1.18 | | | 137,365.80 | | 1,463.29 | |
| 10/1/2013 | $1,214.01 | | Monthly Bill | 10/1/2013 | 1,214.01 | | | | | | 137,365.80 | | 1,463.29 | - |
| 10/10/2013 | | 1,214.10 | Payment | 11/1/2013 | 0.00 | 397.64 | 329.11 | 487.35 | | | 136,968.16 | - | 1,950.64 | - |
| 11/1/2013 | $1,214.01 | | Monthly Bill | 11/1/2013 | 1,214.01 | | | | | | 136,968.16 | | 1,950.64 | - |
| 11/6/2013 | | 1,214.10 | Payment | 12/1/2013 | 0.00 | 398.60 | 328.15 | 487.35 | | | 136,569.56 | - | 2,437.99 | - |
| 12/1/2013 | $1,214.01 | | Monthly Bill | 12/1/2013 | 1,214.01 | | | | | | 136,569.56 | | 2,437.99 | - |
| 12/4/2013 | | 1,214.10 | Payment | 1/1/2014 | 0.00 | 399.55 | 327.20 | 487.35 | | | 136,170.01 | - | 2,925.34 | - |
| 1/1/2014 | $1,214.01 | | Monthly Bill | 1/1/2014 | 1,214.01 | | | | | | 136,170.01 | | 2,925.34 | - |
| 1/2/2014 | | 1,214.01 | Payment | 2/1/2014 | - | 400.51 | 326.24 | 487.26 | | | 135,769.50 | - | 3,412.60 | - |
| 2/1/2014 | $1,214.01 | | Monthly Bill | 2/1/2014 | 1,214.01 | | | | | | 135,769.50 | | 3,412.60 | - |
| 2/10/2014 | | | UAF Deposit | 2/1/2014 | 1,214.01 | | | | | 1,200.00 | 135,769.50 | | 3,412.60 | 1,200.00 |
| 2/14/2014 | | 1,214.01 | Payment | 3/1/2014 | - | 402.46 | 325.28 | 487.26 | | (1,200.00) | 135,367.04 | - | 3,899.86 | - |
| 3/1/2014 | $1,214.01 | | Monthly Bill | 3/1/2014 | 1,214.01 | | | | | | 135,367.04 | | 3,899.86 | - |
| 3/6/2014 | | | UAF Deposit | 3/1/2014 | 1,214.01 | | | | | 1,214.01 | 135,367.04 | | 3,899.86 | 1,214.01 |
| 4/1/2014 | $1,214.01 | | Monthly Bill | 3/1/2014 | 2,428.02 | | | | | | 135,367.04 | | 3,899.86 | 1,214.01 |
| 4/11/2014 | | 1,214.01 | Payment | 4/1/2014 | 1,214.01 | 402.43 | 324.32 | 487.26 | | (1,214.01) | 134,964.61 | - | 4,387.12 | - |
| 4/11/2014 | | 1,214.01 | Payment | 5/1/2014 | - | 403.40 | 323.35 | 487.26 | | | 134,561.21 | - | 4,874.38 | - |
| 5/1/2014 | $1,214.01 | | Monthly Bill | 5/1/2014 | 1,214.01 | | | | | | 134,561.21 | | 4,874.38 | - |
| 5/9/2014 | | | Esc Disb | 5/1/2014 | 1,214.01 | | | (2,808.46) | | | 134,561.21 | | 2,065.92 | - |
| 5/14/2014 | | 1,214.01 | Payment | 6/1/2014 | - | 404.36 | 322.39 | 487.26 | | | 134,156.85 | | 2,553.18 | - |
| 6/1/2014 | $1,214.01 | | Monthly Bill | 6/1/2014 | 1,214.01 | | | | | | 134,156.85 | | 2,553.18 | - |
| 6/12/2014 | | 1,214.01 | Payment | 7/1/2014 | - | 405.33 | 321.42 | 487.26 | | | 133,751.52 | | 3,040.44 | - |
| 7/1/2014 | $1,214.01 | | Monthly Bill | 7/1/2014 | 1,214.01 | | | | | | 133,751.52 | | 3,040.44 | - |
| 7/11/2014 | | | Esc Adjustment | 7/1/2014 | 1,214.01 | | | (0.01) | | | 133,751.52 | | 3,040.43 | - |
| 7/11/2014 | | 1,214.01 | Payment | 8/1/2014 | - | 406.30 | 320.45 | 487.25 | | | 133,345.22 | | 3,527.68 | - |
| 8/1/2014 | $1,214.01 | | Monthly Bill | 8/1/2014 | 1,214.01 | | | | | | 133,345.22 | - | 3,527.68 | - |
| 8/8/2014 | | 1,214.01 | Payment | 9/1/2014 | - | 407.28 | 319.47 | 487.26 | | | 132,937.94 | | 4,014.94 | - |
| 8/14/2014 | | | Esc Disb | 9/1/2014 | - | | | (2,808.47) | | | 132,937.94 | | 1,206.47 | - |
| 9/1/2014 | $1,214.01 | | Monthly Bill | 9/1/2014 | 1,214.01 | | | | | | 132,937.94 | | 1,206.47 | - |
| 9/11/2014 | | 1,215.00 | Payment | 10/1/2014 | (0.00) | 409.24 | 318.50 | 487.26 | | | 132,528.70 | - | 1,693.73 | - |
| 10/1/2014 | $1,214.01 | | Monthly Bill | 10/1/2014 | 1,214.01 | | | | | | 132,528.70 | | 1,693.73 | - |
| 10/10/2014 | | 1,215.00 | Payment | 11/1/2014 | (0.00) | 410.22 | 317.52 | 487.26 | | | 132,118.48 | - | 2,180.99 | - |
| 11/1/2014 | $1,214.01 | | Monthly Bill | 11/1/2014 | 1,214.01 | | | | | | 132,118.48 | | 2,180.99 | - |
| 11/6/2014 | | | Esc Disb | 11/1/2014 | 1,214.01 | | | (347.00) | | | 132,118.48 | | 1,833.99 | - |
| 11/7/2014 | | 1,215.00 | Payment | 12/1/2014 | (0.00) | 411.21 | 316.53 | 487.26 | | | 131,707.27 | | 2,321.25 | - |
| 12/1/2014 | $1,214.01 | | Monthly Bill | 12/1/2014 | 1,214.01 | | | | | | 131,707.27 | | 2,321.25 | - |
| 12/4/2014 | | 1,215.00 | Payment | 1/1/2015 | (0.00) | 412.19 | 315.55 | 487.26 | | | 131,295.08 | | 2,808.51 | - |
| 1/1/2015 | $1,194.82 | | Monthly Bill | 1/1/2015 | 1,194.82 | | | | | | 131,295.08 | | 2,808.51 | - |
| 1/9/2015 | | 1,215.00 | Payment | 2/1/2015 | (0.00) | 432.37 | 314.56 | 468.07 | | | 130,862.71 | - | 3,276.58 | - |
| 2/1/2015 | $1,194.82 | | Monthly Bill | 2/1/2015 | 1,194.82 | | | | | | 130,862.71 | | 3,276.58 | - |
| 2/9/2015 | | 1,215.00 | Payment | 3/1/2015 | (0.00) | 433.40 | 313.53 | 468.07 | | | 130,429.31 | | 3,744.65 | - |
| 3/1/2015 | $1,194.82 | | Monthly Bill | 3/1/2015 | 1,194.82 | | | | | | 130,429.31 | | 3,744.65 | - |
| 3/9/2015 | | 1,215.00 | Payment | 4/1/2015 | (0.00) | 434.44 | 312.49 | 468.07 | | | 129,994.87 | | 4,212.72 | - |
| 4/1/2015 | $1,194.82 | | Monthly Bill | 4/1/2015 | 1,194.82 | | | | | | 129,994.87 | - | 4,212.72 | - |
| 4/9/2015 | | | UAF Deposit | 4/1/2015 | 1,194.82 | | | | | 1,215.00 | 129,994.87 | - | 4,212.72 | 1,215.00 |
| 4/29/2015 | | 1,215.00 | Payment | 5/1/2015 | (0.00) | 435.48 | 311.45 | 468.07 | | (1,215.00) | 129,559.39 | | 4,680.79 | - |
| 5/1/2015 | $1,194.82 | | Monthly Bill | 5/1/2015 | 1,194.82 | | | | | | 129,559.39 | | 4,680.79 | - |
| 5/12/2015 | | | Esc Disb | 5/1/2015 | 1,194.82 | | | (2,795.12) | | | 129,559.39 | | 1,885.67 | - |
| 5/14/2015 | | 1,215.00 | Payment | 6/1/2015 | (0.00) | 436.53 | 310.40 | 468.07 | | | 129,122.86 | | 2,353.74 | - |
| 6/1/2015 | $1,194.82 | | Monthly Bill | 6/1/2015 | 1,194.82 | | | | | | 129,122.86 | | 2,353.74 | - |
| 6/8/2015 | | 1,215.00 | Payment | 7/1/2015 | (0.00) | 437.57 | 309.36 | 468.07 | | | 128,685.29 | | 2,821.81 | - |
| 7/1/2015 | $1,194.82 | | Monthly Bill | 7/1/2015 | 1,194.82 | | | | | | 128,685.29 | | 2,821.81 | - |
| 7/3/2015 | | 1,215.00 | Payment | 8/1/2015 | (0.00) | 438.62 | 308.31 | 468.07 | | | 128,246.67 | | 3,289.88 | - |
| 8/1/2015 | $1,194.82 | | Monthly Bill | 8/1/2015 | 1,194.82 | | | | | | 128,246.67 | | 3,289.88 | - |
| 8/10/2015 | | 1,215.00 | Payment | 9/1/2015 | (0.00) | 439.67 | 307.26 | 468.07 | | | 127,807.00 | | 3,757.95 | - |
| 8/11/2015 | | | Esc Disb | 9/1/2015 | (0.00) | | | (2,795.13) | | | 127,807.00 | | 962.82 | - |
| 9/1/2015 | $1,194.82 | | Monthly Bill | 9/1/2015 | 1,194.82 | | | | | | 127,807.00 | | 962.82 | - |
| 9/9/2015 | | 1,200.00 | Payment | 10/1/2015 | (0.00) | 425.73 | 306.20 | 468.07 | | | 127,381.27 | | 1,430.89 | - |
| 10/1/2015 | $1,201.86 | | Monthly Bill | 10/1/2015 | 1,201.86 | | | | | | 127,381.27 | | 1,430.89 | - |
| 10/8/2015 | | 1,215.00 | Payment | 11/1/2015 | (0.00) | 428.48 | 318.45 | 468.07 | | | 126,952.79 | | 1,898.96 | - |
| 11/1/2015 | $1,201.86 | | Monthly Bill | 11/1/2015 | 1,201.86 | | | | | | 126,952.79 | | 1,898.96 | - |
| 11/5/2015 | | 1,201.86 | Payment | 12/1/2015 | - | 416.41 | 317.38 | 468.07 | | | 126,536.38 | | 2,367.03 | - |
| 12/1/2015 | $1,201.86 | | Monthly Bill | 12/1/2015 | 1,201.86 | | | | | | 126,536.38 | | 2,367.03 | - |
| 12/8/2015 | | 1,201.86 | Payment | 1/1/2016 | - | 417.45 | 316.34 | 468.07 | | | 126,118.93 | | 2,835.10 | - |
| 1/1/2016 | $1,196.32 | | Monthly Bill | 1/1/2016 | 1,196.32 | | | | | | 126,118.93 | | 2,835.10 | - |
| 1/12/2016 | | 1,196.32 | Payment | 2/1/2016 | - | 418.49 | 315.30 | 462.53 | | | 125,700.44 | | 3,297.63 | - |
| 1/12/2016 | | | Prin Red Payment | 2/1/2016 | - | 5.54 | | | | | 125,694.90 | | 3,297.63 | - |
| 2/1/2016 | $1,196.32 | | Monthly Bill | 2/1/2016 | 1,196.32 | | | | | | 125,694.90 | | 3,297.63 | - |
| 2/16/2016 | | 1,196.32 | Payment | 3/1/2016 | - | 419.55 | 314.24 | 462.53 | | | 125,275.35 | | 3,760.16 | - |
| 3/1/2016 | $1,196.32 | | Monthly Bill | 3/1/2016 | 1,196.32 | | | | | | 125,275.35 | | 3,760.16 | - |
| 3/8/2016 | | 1,196.32 | Payment | 4/1/2016 | - | 420.60 | 313.19 | 462.53 | | | 124,854.75 | | 4,222.69 | - |
| 4/1/2016 | $1,196.32 | | Monthly Bill | 4/1/2016 | 1,196.32 | | | | | | 124,854.75 | | 4,222.69 | - |
| 4/7/2016 | | 1,200.00 | Payment | 5/1/2016 | (0.00) | 425.33 | 312.14 | 462.53 | | | 124,429.42 | | 4,685.22 | - |
| 5/1/2016 | $733.79 | | Monthly Bill | 5/1/2016 | 733.79 | | | | | | 124,429.42 | | 4,685.22 | - |
| 5/10/2016 | | 733.79 | Payment | 5/1/2016 | - | 422.72 | 311.07 | | | | 124,006.70 | | 4,685.22 | - |
| 5/24/2016 | | | Esc Refund | 6/1/2016 | - | | | (4,685.22) | | | 124,006.70 | - | - | - |
| 6/1/2016 | $733.79 | | Monthly Bill | 6/1/2016 | 733.79 | | | | | | 124,006.70 | | - | - |
| 6/8/2016 | | 734.00 | Payment | 7/1/2016 | (0.00) | 423.98 | 310.02 | | | | 123,582.72 | - | - | - |
| 7/1/2016 | $733.79 | | Monthly Bill | 7/1/2016 | 733.79 | | | | | | 123,582.72 | | - | - |

| A. Date | B. Contractual Pymnt amount | C. Funds received | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees | Amount to Unapplied Funds | M. Principal balance | N. Fee Balance | O. Escrow balance | P. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2016 | | 734.00 | Payment | 8/1/2016 | (0.00) | 425.04 | 308.96 | | | | 123,157.68 | - | - | - |
| 8/1/2016 | $733.79 | | Monthly Bill | 8/1/2016 | 733.79 | | | | | | 123,157.68 | - | - | - |
| 8/10/2016 | | 734.00 | Payment | 9/1/2016 | (0.00) | 426.11 | 307.89 | | | | 122,731.57 | - | - | - |
| 9/1/2016 | $733.79 | | Monthly Bill | 9/1/2016 | 733.79 | | | | | | 122,731.57 | - | - | - |
| 9/7/2016 | | 733.79 | Payment | 10/1/2016 | - | 426.96 | 306.83 | | | | 122,304.61 | - | - | - |
| 10/1/2016 | $748.65 | | Monthly Bill | 10/1/2016 | 748.65 | | | | | | 122,304.61 | - | - | - |
| 10/5/2016 | | | UAF Deposit | 10/1/2016 | 748.65 | | | | | 733.79 | 122,304.61 | - | - | 733.79 |
| 11/1/2016 | $748.65 | | Monthly Bill | 10/1/2016 | 1,497.30 | | | | | | 122,304.61 | - | - | 733.79 |
| 11/7/2016 | | | UAF Withdrawl | 10/1/2016 | 1,497.30 | | | | | (14.86) | 122,304.61 | - | - | 718.93 |
| 11/7/2016 | | 748.65 | Payment | 11/1/2016 | 748.65 | 417.41 | 331.24 | | | | 121,887.20 | | | 718.93 |
| 12/1/2016 | $748.65 | | Monthly Bill | 11/1/2016 | 1,497.30 | | | | | | 121,887.20 | - | - | 718.93 |
| 12/6/2016 | | 748.65 | Payment | 12/1/2016 | 748.65 | 418.54 | 330.11 | | | | 121,468.66 | - | - | 718.93 |
| 1/1/2017 | $748.65 | | Monthly Bill | 12/1/2016 | 1,497.30 | | | | | | 121,468.66 | - | - | 718.93 |
| 1/4/2017 | | 748.65 | Payment | 1/1/2017 | 748.65 | 419.67 | 328.98 | | | | 121,048.99 | - | - | 718.93 |
| 2/1/2017 | $748.65 | | Monthly Bill | 1/1/2017 | 1,497.30 | | | | | | 121,048.99 | - | - | 718.93 |
| 2/7/2017 | | 748.65 | Payment | 2/1/2017 | 748.65 | 420.81 | 327.84 | | | | 120,628.18 | - | - | 718.93 |
| 3/1/2017 | $748.65 | | Monthly Bill | 2/1/2017 | 1,497.30 | | | | | | 120,628.18 | - | - | 718.93 |
| 3/6/2017 | | 748.65 | Payment | 3/1/2017 | 748.65 | 421.95 | 326.70 | | | | 120,206.23 | - | - | 718.93 |
| 4/1/2017 | $748.65 | | Monthly Bill | 3/1/2017 | 1,497.30 | | | | | | 120,206.23 | - | - | 718.93 |
| 4/4/2017 | | | UAF Deposit | 3/1/2017 | 1,497.30 | | | | | 748.65 | 120,206.23 | - | - | 1,467.58 |
| 4/5/2017 | | | UAF Withdrawl | 3/1/2017 | 1,497.30 | | | | | (748.65) | 120,206.23 | - | - | 718.93 |
| 4/5/2017 | | 748.65 | Payment | 4/1/2017 | 748.65 | 423.09 | 325.56 | | | | 119,783.14 | - | - | 718.93 |
| 4/19/2017 | | | NOFC Response | 4/2/2017 | 29.72 | | | | | | 119,783.14 | - | - | 718.93 |

**Total Due Post Petition:  $29.72**

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  13-23865

Debtor:  JAMES P & KIMBERLY A MORRIS

CHAPTER:  13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this April 19, 2017, served a copy of the Response to Notice

of Final Cure Payment upon all parties listed by placing the same into the United States mail

with adequate pre-paid postage thereon;

JAMES P MORRIS
KIMBERLY A MORRIS
2122 CARMEL BOULEVARD
ZION, IL 60099

NATHAN E DELMAN
20 SOUTH CLARK
28TH FLOOR
CHICAGO, IL 60603

GLENN B STEARNS
801 WARRENVILLE ROAD
SUITE 650
LISLE, IL 60532

BMO Harris Bank, N.A.

By: _Michelle Q. McConnell_
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2